No. 82–6077. IN RE WILLIAMS. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until April 11, 1983, within which to pay the docketing fee required by Rule 45(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

No. 82–6134. IN RE MORROW. Petition for writ of mandamus denied.

No. 82–6060. IN RE GREEN. Petition for writ of prohibition and/or mandamus denied.

No. 82–1050. HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES *v.* MATHEWS ET AL. Appeal from D. C. N. D. Ala. Probable jurisdiction noted.

No. 82–708. SUMMA CORP. *v.* CALIFORNIA EX REL. STATE LANDS COMMISSION ET AL. Sup. Ct. Cal. Certiorari granted.

No. 82–1095. PULLEY, WARDEN *v.* HARRIS. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.

No. 81–1326. BARONI ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 81–1881. CHARLES *v.* WADE ET AL. C. A. 11th Cir. Certiorari denied.